IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BORIS MALINSKY,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-3957** |
| | : | |
| **FBI,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 20th day of October, 2023, upon consideration of Plaintiff Boris Malinsky's Motion to Proceed *In Forma Pauperis* (ECF No. 2), *pro se* Complaint (ECF No. 1), Motion for Appointment of Attorney (ECF No. 3), and Motion to Seal (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Motion for Appointment of Attorney is **DENIED**.

5. The Motion to Seal is **DENIED**.

6. The Clerk of Court is **DIRECTED** to **UNSEAL** this case.

7. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Gerald Austin McHugh

**GERALD A. MCHUGH, J.**